IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL M. BARLEY, #260262, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:10-cv-798-ID |
| | ) |
| BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 24) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. It is further

ORDERED that Plaintiff's motion for preliminary injunction, embedded in his Complaint (Doc. No. 1), is DENIED for the reasons stated in the Magistrate Judge's Recommendation.

Done this 6th day of December, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE